**UNITED STATES BANKRUPTCY COURT**
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

Case No.: 13−38618
Chapter: 13
Judge: Pamela S. Hollis

In Re:
 Victor Reap
 aka Victor C Reap
 1626 N. Nagle Avenue
 Elmwood Park, IL 60707

Social Security / Individual Taxpayer ID No.:
 xxx−xx−1812

Employer Tax ID / Other nos.:

---

### NOTICE OF DISMISSAL

You are hereby notified that an Order Dismissing the above case was entered on December 18, 2013

                                                            FOR THE COURT

Dated: December 19, 2013                                    Kenneth S. Gardner , Clerk
                                                            United States Bankruptcy Court

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 13-38618-PSH
Victor Reap                                                           Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1           User: dross                Page 1 of 1            Date Rcvd: Dec 19, 2013
                               Form ID: ntcdsm            Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 21, 2013.
db           +Victor Reap,    1626 N. Nagle Avenue,    Elmwood Park, IL 60707-4015
21155208      Equifax Information Services LLC,    1550 Peachtree Street NW,    Atlanta GA 30309
21155209     +Experian Information Solutions Inc,    475 Anton Boulevard,    Costa Mesa CA 92626-7037
21155210     +Johnson Blumberg Asso,    230 W Monroe #1125,    Chicago IL 60606-4723
21155211     +Trans Union LLC,    1561 E Orangethorpe Ave,    Fullerton CA 92831-5210

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
21238628       EDI: AIS.COM Dec 20 2013 00:58:00      American InfoSource LP as agent for,    Verizon,
               PO Box 248838,    Oklahoma City, OK  73124-8838
21055330     +EDI: BANKAMER2.COM Dec 20 2013 00:53:00      Bank Of America, N.A. *,    401 N. Tryon Street,
               NC1-021-02-20,    Charlotte, NC 28255-0001
21055331     +EDI: AIS.COM Dec 20 2013 00:58:00      Capital One, N.A. *,    c/o American Infosource,
               P.O Box 54529,    Oklahoma City, OK 73154-1529
21055332     +EDI: CAPITALONE.COM Dec 20 2013 00:58:00      Capital One, N.A.*,    1680 Capital One Drive,
               Mc Lean, VA 22102-3407
21055333     +E-mail/Text: collections@cafcu.org Dec 20 2013 01:22:10      Corporate America Family Credit Union,
               Attn Collections Dept,    2075 Big Timber Road,    Elgin, IL 60123-1140
21155207      EDI: IRS.COM Dec 20 2013 00:58:00      Internal Revenue Service,    PO Box 802503,
               Cincinnati OH 45280
21086410     +EDI: ATTWIREBK.COM Dec 20 2013 00:58:00      Illinois Bell Telephone Company,
               % AT&T Services, Inc,    Karen Cavagnaro, Paralegal,    One AT&T Way, Room 3A104,
               Bedminster, NJ 07921-2693
21155206      EDI: IRS.COM Dec 20 2013 00:58:00      Internal Revenue Service,    PO Box 7346,
               Philadelphia PA 19101-7346
21055334     +E-mail/Text: bankruptcy@gopfs.com Dec 20 2013 01:22:27      Prestige Financial Services,
               Attn: Bankruptcy Department,    Po Box 26707,    Salt Lake City, UT 84126-0707
21055335     +EDI: AFNIVZWIRE.COM Dec 20 2013 00:53:00      Verizon,    Verizon Wireless Department/Attn: Bankru,
               Po Box 3397,    Bloomington, IL 61702-3397
                                                                                              TOTAL: 10

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2013                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 18, 2013 at the address(es) listed below:
              Marilyn O Marshall    courtdocs@chi13.com
              Mohammed O Badwan    on behalf of Debtor Victor  Reap mbadwan@sulaimanlaw.com,
               mbadwan@sulaimanlaw.com;courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.co
               m;SulaimanLaw@BestClientInc.com
              Nathan C Volheim    on behalf of Debtor Victor  Reap courtinfo@sulaimanlaw.com,
               nvolheim@sulaimanlaw.com;mbadwan@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 4